*Monday, March 15, 1993*

## MOTION DOCKET

**93–484.** Bass v. Logan Cty. Court of Common Pleas. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for temporary restraining order prohibiting respondent from continuing and/or enforcing the temporary visitation order imposed by respondent on October 30, 1992,

IT IS ORDERED by the court that said motion for temporary restraining order be, and the same is hereby, granted, effective March 12, 1993.

DOUGLAS, J., would issue an alternative writ.

A.W. SWEENEY and PFEIFER, JJ., dissent.


## MISCELLANEOUS DISMISSALS

**92–1572.** State ex rel. Castilleja v. Ohio Adult Parole Auth. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 12, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, March 16, 1993*

## MOTION DOCKET

**92–847.** State v. Lessin. *Cuyahoga County,* No. 61106. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to expand oral argument currently scheduled for March 17, 1993, and for permission for appellant to attend oral argument,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied.

*Wednesday, March 17, 1993*

## MERIT DOCKET

**92–2248.** Roselawn Community Council, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91–1648–TP–ATA. On motions to dismiss and motion to strike. Motions to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS and F.E. SWEENEY, JJ., concur.

WRIGHT, J., would grant the motions to dismiss, would grant the motion to intervene, and would deny the motion to strike.

PFEIFER, J., would overrule the motions to dismiss, and would allow Cincinnati Bell to intervene.

MOYER, C.J., and RESNICK, J., not participating.

**92–2252.** Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, No. 91–1648–TP–ATA. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., not participating.

**92–2511.** Consumers' Counsel v. Pub. Util. Comm. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., not participating.